## Commonwealth *v.* McMahon, Appellant.

Before WOLFE, P. J.

Argued November 12, 1974. *John E. Eberly,* with him *Harper, Clinger & Eberly,* for appel-

lant; *Samuel F. Bonavita,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.